**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CALVIN HINES | * |
| | * |
|     PLAINTIFF | * |
| | * |
| v. | *   Case No.: 1:17-cv-642-TJK |
| | * |
| ISCHIA, INC., ET AL. | * |
| | * |
|     DEFENDANTS. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JOINT NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE**

All disputes at issue in this case have been resolved by an arms-length mutual-agreement.

As such, the parties jointly notify the Court this matter should be dismissed, with prejudice

Respectfully submitted,

/s/ Gregg C. Greenberg
Gregg C. Greenberg (DC Fed. Bar No. MD17291)
ZIPIN, AMSTER & GREENBERG, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
(301) 587-9373 | Fax (301) 587-9397
Email:  ggreenberg@zagfirm.com
*Counsel for Plaintiff*

/S/ William R. Cowden
William R. Cowden (DC Bar No. 426301)
WILLIAM COWDEN LLC
1750 K Street, NW, Suite 900
Washington, DC 20006
(202) 862-4360 / Fax (888) 899-6053
Email:  wcowden@cowdenllc.com
*Counsel for Defendants*